**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                            Case No. 4:21-cr-00102-DPM-1

CHON ARMSTRONG                                                 DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant Chon Armstrong appeared today with counsel for a bond hearing pending his final revocation hearing before Judge Marshall on the Government's Motion to Revoke Supervised Release. (Doc. No. 33) This hearing is a continuation of the initial bond hearing, which was held on February 9, 2026. At that hearing, the Government was seeking detention based on danger to the community and Defendant was proposing he be released to a third-party custodian. After considering the evidence and testimony presented at that time, the Court had concerns about the proposed third-party custodian and, therefore, continued the hearing so that Defendant could propose an alternative third-party custodian for the Court's consideration. (Doc. No. 39) At today's hearing, Defendant presented his mother, Norma Sweeny, as an alternative third-party custodian.

The Court remains concerned about Defendant's criminal history and the severity of the underlying allegations. However, due to the strength of Ms. Sweeny's testimony, the Court will allow Defendant to be released to home incarceration at his mother's home in Pocahontas, Arkansas with his mother serving as his third-party custodian pending his final revocation hearing before Judge Marshall. Additionally, Defendant is to have no contact with Holly Armstrong, the victim of the underlying allegations.

All other conditions of Defendant's supervised release remain in effect.

IT IS SO ORDERED this 11th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE